MORRIS ROTH, Respondent, *v.* RACHEL FISH, Appellant.

(Argued January 31, 1936; decided March 3, 1936.)

*Saul Rubin* for appellant.

*Gertrude Caesar* and *Frank M. Nicolosi* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.